| | | | |
|---|---|---|---|
| E.C., In re; N.C., In re [51] | 08/09/2016405 MAL (2016) | Denied | |
| E.C.K., In re; E.N.K, In re [52] | 02/01/2016963 MAL (2015) | Denied | Pa.Super., 134 A.3d 504 |
| Fessler v. Watchtower Bible and Tract Soc. of New York, Inc. [53] | 07/27/2016122 EAL (2016) | Denied | Pa.Super., 131 A.3d 44 |
| Fiedler, In re; Bitts, In re | 08/03/201695 MAL (2016) | Denied | Pa.Super., 132 A.3d 1010 |
| Gorham v. Gorham | 08/02/2016195 MAL (2016) | Denied | Pa.Super., 141 A.3d 589 |
| Harper v. Salameh | 07/19/2016133 WAL (2016) | Denied | Pa.Super., 141 A.3d 606 |
| Harrington, In re Estate of | 07/19/2016156 MAL (2016) | Denied | Pa.Super., 136 A.3d 1038 |
| J.M.R., In re [54] | 07/26/2016277 MAL (2016) | Denied | Pa.Super., 144 A.3d 203 |
| JRD Development Co., LLC v. Schilit | 07/19/2016153 WAL (2016) | Denied | |
| Kennedy v. Robert Morris University | 08/02/201693–94 WAL (2016) | Denied | Pa.Super., 133 A.3d 38 |

51. Justice MUNDY did not participate in the consideration or decision of this matter.

52. Justice EAKIN and Justice WECHT did not participate in the consideration or decision of this matter; Justice DONOHUE and Justice DOUGHERTY dissent.

53. Justice MUNDY did not participate in the consideration or decision of this matter.

54. Justice MUNDY did not participate in the consideration or decision of this matter.